## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATE RIOTTE, | : | |
| *Plaintiff,* | : : : | |
| v. | : : | Civil Action No. 3:23-cv-00309 (JAM) |
| WADSWORTH ATHENEUM MUSEUM OF ART, | : : : | |
| *Defendant.* | : : | |

## **STIPULATION**

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the Plaintiff, Kate Riotte ("Plaintiff") and the Defendant, Wadsworth Atheneum Museum of Art ("Defendant"), hereby stipulate that the deadline for responding to Defendant's First Set of Interrogatories and First Set of Requests for Production shall be July 12, 2023.

                                              *Respectfully submitted*,

                                              **THE PLAINTIFF,**
                                              Kate Riotte

Dated June 12, 2023　　　　　　　　BY: /s/  Dennis M. Carnelli
New Haven, Connecticut　　　　　　Dennis M. Carnelli (ct30050)
　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.
　　　　　　　　　　　　　　　　　195 Church Street, 13th Fl.
　　　　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　　　　dcarnelli@npmlaw.com
　　　　　　　　　　　　　　　　　Tel:　(203) 821-2000
　　　　　　　　　　　　　　　　　Fax:　(203) 821-2009

        Ameer Benno (phv206735)
        BENNO & ASSOCIATES P.C.
        30 Wall St., 8th Floor
        New York, New York 10005
        abenno@bennolaw.com
        Tel:   (212) 227-9300
        Fax:  (212) 994-8082

        Michael E. Rosman (phv07154)
        Michelle A. Scott (phv207211)
        CENTER FOR INDIVIDUAL RIGHTS
        1100 Connecticut Ave., N.W., Ste. 625
        Washington, DC 20036
        rosman@cir-usa.org
        scott@cir-usa.org
        Tel:   (202) 833-8400
        Fax:  (202) 833-8410

        Her Attorneys


        **THE DEFENDANT,**
        Wadsworth Atheneum Museum of Art

Dated June 12, 2023        BY: /s/ Beverly W. Garofalo
Hartford, Connecticut        Beverly W. Garofalo (ct11439)
        Beverly.Garofalo@jacksonlewis.com
        Donald J. Anderson, III (ct31400)
        Donald.Anderson@jacksonlewis.com
        Jackson Lewis P.C.
        90 State House Square, 8th Floor
        Hartford, CT 06103
        P: (860) 522-0404
        F: (860) 247-1330

        Its Attorneys