Civil- (Dec-2008)

HONORABLE: **Jeffrey A. Meyer**

DEPUTY CLERK **Diahann Lewis**    RPTR/ECRO/TAPE **Diana Huntington**

TOTAL TIME: ____ hours **08** minutes

DATE: **1/5/2024**    START TIME: **3:17**    END TIME: **3:25**

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. **3:23cv309**

**Riotte**

vs

**Wadsworth Atheneum Museum of Art**

**Carnelli, Scott**
Plaintiff's Counsel

**Garofalo, Anderson**
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing    ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing **Status**

☐ ….#____ Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion____ ☐ granted ☐ denied ☐ advisement
☐ ….    ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ……… **parties to continue their discussions and notify the court if** ☐ filed ☐ docketed
☐ ……… **they would like assistance from Judge Richardson.** ☐ filed ☐ docketed
☐ ……… _____ ☐ filed ☐ docketed
☐ ……… _____ ☐ filed ☐ docketed
☐ ……… _____ ☐ filed ☐ docketed
☐ ……… _____ ☐ filed ☐ docketed
☐ ……… _____ Hearing continued until _____ at _____

Notes: