# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATE RIOTTE, | : |
| *Plaintiff,* | : |
| v. | : Civil Action No. 3:23-cv-00309 (JAM) |
| WADSWORTH ATHENEUM MUSEUM OF ART, | : |
| *Defendant.* | : |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action hereby stipulate to the dismissal of this action with prejudice and with no award of attorney's fees, costs, and/or disbursements to any party.

*Respectfully submitted,*

**THE PLAINTIFF,**
KATE RIOTTE

Dated May 15, 2024
New Haven, Connecticut

BY: /s/ Dennis M. Carnelli
Dennis M. Carnelli (ct30050)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Fl.
New Haven, CT 06510
dcarnelli@npmlaw.com
Tel: (203) 821-2000
Fax: (203) 821-2009

Ameer Benno (phv206735)
BENNO & ASSOCIATES P.C.
30 Wall St., 8th Floor
New York, New York 10005
abenno@bennolaw.com
Tel: (212) 227-9300
Fax: (212) 994-8082

Michael E. Rosman (phv07154)
Michelle A. Scott (phv207211)
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave., N.W., Ste. 625
Washington, DC 20036
rosman@cir-usa.org
scott@cir-usa.org
Tel:   (202) 833-8400
Fax:   (202) 833-8410

Her Attorneys



**THE DEFENDANT,**
WADSWORTH ATHENEUM MUSEUM OF ART

Dated May 15, 2024                    BY: /s/ Beverly W. Garofalo
Hartford, Connecticut                 Beverly W. Garofalo (ct11439)
Beverly.Garofalo@jacksonlewis.com
Donald J. Anderson, III (ct31400)
Donald.Anderson@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

Its Attorneys